McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Stret
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )  | Case No. 1:07-cr-00025 LJO |
|                                    )  | |
|              Plaintiff,            )  | STIPULATION AND PROPOSED ORDER |
|                                    )  | |
|      v.                            )  | |
|                                    )  | |
| STEVEN PHILHART,                   )  | |
|                                    )  | |
|              Defendant.            )  | |
| _____)  | |

The parties, by and through Assistant United States Attorney Mark J. McKeon, and the defendant Steven Philhart, by and through his attorney, Stephen Betz, hereby stipulate and agree as follows;

   1. On 01/31/07, the defendant filed his notice of appeal, and on 05/09/07, filed his appeal brief.  By previous order of this court, the government's response was due 21 days later, on or about 05/30/07.

   2.  On June 15, 2007, defendant's attorney contacted counsel for the government about this case.  The undersigned counsel is the supervisor of the misdemeanor group.  This matter had previously been handled by a Certified misdemeanor student, under the supervision of another attorney in the office.  That student has now graduated and left the U.S. Attorney's office.

 3.  The undersigned attorney was not aware that there was an appeal pending in this case, or that an appeal brief was presently due.  Nor did it appear that this matter had been assigned to another attorney in the U.S. Attorney's office.

 4.  The defendant has agreed, through his counsel, that the government's brief can be filed within 21 days, or that is, by July 6, 2007.

 Therefore, the parties stipulate that the court can enter an order that the government's brief can be filed within 21 days, or that is, by July 6, 2007.

Dated: June 18, 2007                McGREGOR W. SCOTT
                                    United States Attorney


                                By  /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney



                                    /s/ Steven Betz
                                    STEVEN BETZ
                                    Attorney for Defendant
                                    STEVEN PHILHART

IT IS SO ORDERED.

**Dated:   June 18, 2007**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE