1 | McGREGOR W. SCOTT
United States Attorney
2 | MARK J. McKEON
Assistant U.S. Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone (559) 497-4000
5 |

6 |             IN THE UNITED STATES DISTRICT COURT FOR THE

7 |                  EASTERN DISTRICT OF CALIFORNIA

8 |

9 |

10 |

UNITED STATES OF AMERICA,        )     NO.  1:07-cr-00025-LJO
11 |                                 )
                      Plaintiff,    )
12 |                                 )     STIPULATION AND ORDER
        v.                          )
13 |                                 )
STEVEN PHILHART,                    )
14 |                                 )
                      Defendant.    )
15 |                                 )
_____)
16 |
        The parties, by and through Assistant United States Attorney
17 |
Mark J. McKeon, and the defendant Steven Philhart, by and through
18 |
his attorney, Stephen Betz, stipulate and agree that the
19 |
Government's Response Brief on Appeal, presently due on July 6,
20 |
2007, can be filed on or before August 6, 2007.  The reason for
21 |
this extension is that the law students who previously worked as
22 |
certified misdemeanor clerks at the United States Attorney's
23 |
office have graduated, and the new certified student misdemeanor
24 |
clerk will not begin working until August 2007.  As a result, in
25 |
addition to handling his own case load, the supervisor of the
26 |
misdemeanor unit is personally handling for the summer the pending
27 |
cases from the misdemeanor unit, including appeals to the district
28 |

1

1  court.   Because the assigned Assistant United States Attorney did

2  not personally handle these cases before the magistrate judge, he

3  needs additional time to become familiar with the record and to

4  prepare the government's response.

5  Dated: June 29, 2007            MCGREGOR W. SCOTT
                                    United States Attorney

6

7                          By:    ____/s/ Mark J. McKeon_____
                                    MARK J. McKEON
8                                   Assistant U.S. Attorney

9
   Dated: June 29, 2007            ___/s/ Stephen Betz_____
10                                  STEPHEN BETZ
                                    Attorney for Defendant,
11                                  STEVEN PHILHART

12
   Good cause has been stated for the requested continuance.
13 IT IS SO ORDERED.

14 **Dated:   July 2, 2007**                **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2